

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
CRISTINA SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336

```
___FILED         ___RECEIVED
___ENTERED       ___SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUN 1 9

        CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL INDICTMENT |
| Plaintiff, | ) 2:13-cr- 235 |
| vs. | ) **VIOLATIONS:** 21 U.S.C. §§ and 841 (a)(1) and (b)(1)(C) and (b)(1)(B)(viii) and (b)(1)(A)(viii) – Distribution of a Controlled Substance – Methamphetamine |
| THOMAS POWERS, aka "Wizard," | |
| Defendant. | ) 21 U.S.C. § 860 (a) – Distribution of a Controlled Substance Near a School |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Distribution of a Controlled Substance

On or about March 24, 2011, in the State and Federal District of Nevada,

**THOMAS POWERS (aka "WIZARD"),**

defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO
Distribution of a Controlled Substance

On or about March 31, 2011, in the State and Federal District of Nevada,

**THOMAS POWERS (aka "WIZARD"),**

defendant herein, did knowingly and intentionally distribute at least 5 grams of methamphetamine, to wit: approximately 26.85 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## COUNT THREE
Distribution of a Controlled Substance

On or about February 16, 2012, in the State and Federal District of Nevada,

**THOMAS POWERS (aka "WIZARD"),**

defendant herein, did knowingly and intentionally distribute at least 5 grams of methamphetamine, to wit: approximately 27.24 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections and 841(a)(1) and (b)(1)(B)(viii).

## COUNT FOUR
Distribution of a Controlled Substance

Beginning on or about March 7, 2012, in the State and Federal District of Nevada,

**THOMAS POWERS (aka "WIZARD"),**

defendant herein, did knowingly and intentionally distribute at least 50 grams of methamphetamine, to wit: approximately 51.64 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections and 841(a)(1) and (b)(1)(A)(viii).

## COUNT FIVE
Distribution of a Controlled Substance Near a School

On or about February 16, 2012, in the State and Federal District of Nevada,

**THOMAS POWERS (aka "WIZARD"),**

defendant herein, did knowingly and intentionally distribute at least 5 grams of methamphetamine, to wit: approximately 27.24 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), within 1,000 feet of the real property comprising Cyril Wengert Elementary School, located at 2001 S. Winterwood Blvd., Las Vegas, Nevada, a public elementary school comprised of students from kindergarten through the fifth grade, in violation of Title 21, United States Code, Section 860(a).

## COUNT SIX
Distribution of a Controlled Substance Near a School

On or about March 7, 2012, in the State and Federal District of Nevada,

**THOMAS POWERS (aka "WIZARD"),**

defendant herein, did knowingly and intentionally distribute at least 50 grams of methamphetamine, to wit: approximately 51.64 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), within 1,000 feet of the real property comprising Cyril Wengert Elementary

1 | School, located at 2001 S. Winterwood Blvd., Las Vegas, Nevada, a public elementary school
2 | comprised of students from kindergarten through the fifth grade, in violation of Title 21, United
3 | States Code, Section 860(a).

DATED: this 14th day of June, 2013

**A TRUE BILL:**

/S/_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*[signature]*

ANDREW W. DUNCAN
CRISTINA SILVA
Assistant United States Attorneys

4