SEALED

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 2:13-cr- 235

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: THOMAS POWERS, aka "Wizard"

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT   Las Vegas
DISTRICT OF NEVADA   Divisional Office

Address:
```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUN 19
      CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): ANDREW W. DUNCAN

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☑ Male ☐ Female   ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SA Wear - ATF

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

Place of offense | County

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts  6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21/841(a)(1) and (b)(1)(C) and (b)(1)(B)(viii) | Distribution of a Controlled Substance - Methamphetamine | 1, 2 3, 4 |
|  | and (b)(1)(A)(viii) |  |  |
|  | 21/860(a) | Distribution of a Controlled Substance Near a School | 5, 6 |
|  |  |  |  |
|  |  |  |  |