AO 442 (Rev. 01/09) Arrest Warrant

9268409

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
| v. | ) |
| THOMAS POWERS, aka "Wizard" | ) Case No. 2:13-CR-235 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Thomas Powers, aka "Wizard", who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC Sections 841(a)(1) and (b)(1)(C) and (b)(1)(B)(viii) and (b)(1)(A)(viii) - Distribution of a Controlled Substance - Methamphetamine
21 USC Section 860(a) - Distribution of a Controlled Substance Near a School

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

June 19, 2013   Las Vegas, NV
DATE

### Return

This warrant was received on *(date)* 6/19/13, and the person was arrested on *(date)* 6/27/13
at *(city and state)* LAS VEGAS, NV.

Date: 6/27/13

*[signature]*
Arresting officer's signature

DUBOIS
Printed name and title