UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:13-cr-00235-JAD-CWH |
| vs ) | |
| THOMAS POWERS, ) | ORDER APPOINTING COUNSEL |
| Defendant. ) | |

On June 22, 2015, this Court granted the Federal Public Defender for the District of Nevada's Motion for Appointment of Counsel (docs. 45, 44). Appointed counsel shall represent the Defendant for the purpose of determining whether the Defendant may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance with Amendment 782 and 18 U.S.C. §3582(c)(2).

IT IS HEREBY ORDERED that KAREN C. WINCKLER, ESQ. is appointed as counsel to represent the Defendant.

IT IS FURTHER ORDERED that the Probation Office shall provide counsel for the Defendant and the government with the Defendant's Presentence Report; shall generate the Defendant's current Inmate Profile (also known as a "Sentry Report"); and shall prepare a Supplemental Presentence Report addressing whether, in the Probation Office's assessment, the defendant is statutorily eligible for a sentence reduction pursuant to Guidelines Amendment 782, and further advising the Court of the applicable and recommended guideline range. The Probation Office will serve the Presentence Report and Supplemental Presentence Report on Defendant's counsel, the United Stated Attorney,

and the Court, and shall be prepared to meet and confer with Defendant's counsel and the United States Attorney to discuss the Sentry Report within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that the United States Attorney or Defendant's Counsel may, within thirty (30) days after receiving those reports from the Probation Office, request that the Probation Office provide the Defendant's Progress Report and Disciplinary Records from the Bureau of Prisons. If the United States Attorney or Defendant's counsel makes such a request, the Progress Report and Disciplinary Records shall be served on Defendant's counsel, the United States Attorney, and the Court within thirty (30) days after receiving the request unless for good cause the time is extended.

IT IS FURTHER ORDERED that Defendant's counsel shall, within one hundred twenty (120) days of this Order, file any appropriate motion or stipulation. If Defendant's counsel files a motion for a sentence reduction pursuant to Guidelines Amendment 782, the United States Attorney shall serve any response to such motion within thirty (30) days of the filing of that motion unless for good cause the time is extended.

DATED this 22nd day of June, 2015.

Nunc Pro Tune: June 22, 2015.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE